**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INFORMATION

    - v. -                        :    13 CRIM 921

SAMUEL PIERRE,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/13

## COUNT ONE

The United States Attorney charges:

1. From in or about May 2008, up to and including in or about December 2008, in the Southern District of New York and elsewhere, SAMUEL PIERRE, the defendant, otherwise than as provided by law for the proper discharge of official duties and while PIERRE was an employee of the United States in the legislative branch of the Government, knowingly did, directly and indirectly, demand, seek, receive, accept and agree to receive and accept compensation for representational services, as agent and attorney and otherwise, rendered and to be rendered personally and by others in relation to proceedings, applications, requests for rulings and other determinations, contracts, claims, controversies, charges, accusations, arrests, and other particular matters in which the United States was a party and had a direct and substantial interest, before departments, agencies, courts, court-martials, officers, and civil, military, and naval

commissions, to wit, while PIERRE was employed by a Member of Congress, PIERRE received compensation in exchange for attempting and/or promising to assist certain individuals with immigration-related matters pending before the United States Department of Homeland Security.

(Title 18, United States Code, Sections 203(a)(1)(B) and 216(a)(1).)

_Preet Bharara_
PREET BHARARA BRM
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

SAMUEL PIERRE,

Defendant.

**INFORMATION**

13 Cr. ___

(18 U.S.C. §§ 203(a)(1)(B) and 216(a)(1).)

PREET BHARARA
United States Attorney.

11-18-13  Deft. present w/ attorney Luis Diaz. AUSA Carrie Cohen also present. Deft. consents to proceed before USMJ. Deft. waives reading of the information. Deft. pleads guilty - matter assigned to Judge Fox. Sentencing set for 3-13-14 @ 10:30 AM ct 225 w cre st. PSI ordered. Judge Fox orders copy of transcript be provided to him. Bail cont'd.   JM

Kevin N. Fox USMJ