UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

        -against-                              :                    ORDER

SAMUEL PIERRE,                               :                    13 CR 921 (KNF)

               Defendant.          :
------------------------------------------------------------ X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The sentencing proceeding previously scheduled for March 13, 2014, in the above-

captioned action, shall be held on March 27, 2014, at 10:30 a.m. in courtroom 228, 40 Centre

Street, New York, New York.

Dated: New York, New York                    SO ORDERED:
       December 5, 2013

                                            Kevin Nathaniel Fox
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE